```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X
KIRKLAND WRIGHT,

                Petitioner,

       -against-                          MEMORANDUM & ORDER
                                          10-CV-5127 (JS)

SUPINTENDENT WILLIAMS LEE,

                Respondent.
--------------------------------------X
APPEARANCES:
For Petitioner:    Kirkland Wright, pro se
                   06-A-5655
                   Green Haven Correctional Facility
                   P.O. box 4000
                   Stormville, NY 12582-110

For Respondent:    Glenn D. Green, Esq.
                   Suffolk County District Attorney's Office
                   Criminal Courts Building
                   200 Center Drive
                   Riverhead, NY 11901
```

SEYBERT, District Judge:

Pending before the Court is pro se Petitioner Kirkland Wright's unopposed motion to amend his habeas petition to add a claim of ineffective assistance of appellate counsel. (Docket Entry 13). That motion is GRANTED, and his proposed amended petition (Docket Entry 13-4) is hereby deemed filed. Respondent shall have sixty (60) days from the date of this Order to file a response. Petitioner's motion to stay this proceeding pending the New York State Appellate Division's ruling on his petition for a writ of error coram nobis is DENIED AS MOOT. (Docket

Entry 7.)  Petitioner is cautioned that no further amendments, traverses or supplemental petitions will be permitted.

The Clerk of the Court is directed to mail Petitioner a copy of this Order.

                                        SO ORDERED.

                                        /s/ JOANNA SEYBERT_____
                                        Joanna Seybert, U.S.D.J.

Dated:    September   27  , 2011
          Central Islip, New York